SULLIVAN v. UNITED STATES.†   (Circuit Court of Appeals, Fifth Circuit.   December 8, 1913.)   No. 2477.   In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge.   Criminal prosecution by the United States against Frank Sullivan for viola-

† Rehearing denied January 5, 1914.

tion of the internal revenue laws. Judgment of conviction, and defendant brings error. Affirmed. Erwin J. Smith, of Denison, Tex., for plaintiff in error. J. W. Ownby, U. S. Atty., and J. B. Dailey, Asst. U. S. Atty., both of Paris, Tex. Before PARDEE and SHELBY, Circuit Judges, and CALL, District Judge.

PER CURIAM. The evidence warranted the submission of the case to the jury, and we find no reversible error in the rulings of the court in the trial. Willingham v. United States, 208 Fed. 137, No. 2400 of the docket of this court, recently decided, presented questions not raised in this case, and is not applicable. Finding no error assigned or patent in the record, the judgment of the District Court is affirmed.